UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60012-CR-SINGHAL

UNITED STATES OF AMERICA

v.

CHARLES ETIENNE,

    Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant **CHARLES ETIENNE.** In support thereof, the government asserts the following facts:

Sacred Heart International Institute, Inc. (Sacred Heart) was a corporation incorporated on or about May 9, 2006, under the laws of the State of Florida, with its principal address located at 3601 W. Commercial Blvd., Suite 16, Fort Lauderdale, Florida. According to Sacred Heart's website, it was licensed by the Florida Commission for Independent Education and the Florida Board of Nursing and offered a Practical Nursing Program.

PowerfulU Healthcare Services LLC (PowerfulU) was a limited liability company incorporated under the laws of the State of Florida, located at 3601 W. Commercial Blvd., Suites 14 and 15, Fort Lauderdale, Florida. On its public Facebook page, PowerfulU advertised itself as a group of nurses and doctors wanting to empower men and women by helping them to become health care providers.

Docu-Flex & More LLC (Docu-Flex) was a limited liability company incorporated under the laws of the State of Florida and located at 3601 W. Commercial Blvd., Suites 14 and 15, Fort Lauderdale, Florida.

CEUfast, Inc., a company based in Lake City, Florida, was accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation. CEUfast, Inc.'s services were accessible via the internet at ceufast.com.

The New York State Education Department (NYSED) was the department of the New York state government responsible for all applications and licensure of medical professionals, including Registered Nurses and Licensed Practical Nurses.

Charles Etienne, a resident of Palm Beach County, was the President of Sacred Heart.

Geralda Adrien, a resident of Broward County, was the President of PowerfulU and Manager of Docu-Flex.

Woosvelt Predestin, a resident of Broward County, was an employee of PowerfulU and Docu-Flex.

From in or around November 2020, through in or around July 2021, in Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, Charles Etienne, Geralda Adrien, Woosvelt Predestin, and others sold false and fraudulent diplomas and educational transcripts which falsely represented that the purchasers of the documents had completed the necessary courses and/or clinical training to obtain nursing degrees when in fact the purchasers had never completed the necessary courses and/or clinical training.

Geralda Adrien, Woosvelt Predestin, and others completed required online continuing education courses from CEUfast, Inc. on behalf of the purchasers and transmitted the ensuing certificates of completion to state accreditation agencies by means of wire communication in interstate and foreign commerce.

Charles Etienne, Geralda Adrien, Woosvelt Predestin, and others mailed and caused others to mail, by United States Postal Service, fake diplomas, transcripts, and other false and fraudulent

documents to the purchasers and to state licensing agencies, including the NYSED, on behalf of the purchasers.

In furtherance of the conspiracy, Geralda Adrien, Woosvelt Predestin, and others caused the purchasers to transmit, by means of interstate wire communication, identification documents supporting their licensing applications, and to make electronic payments, by means of interstate wire communication, to Charles Etienne, Geralda Adrien, Woosvelt Predestin and others for providing the false and fraudulent diplomas and other licensing documents.

Using the false and fraudulent continuing education certifications, diplomas, transcripts, and other fraudulent documents, Charles Etienne, Geralda Adrien, Woosvelt Predestin, and others assisted the purchasers of the false and fraudulent documents to obtain fraudulent nursing licenses from state licensing agencies, and ultimately employment in the healthcare field.

Charles Etienne, Geralda Adrien, Woosvelt Predestin, and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud.

At the execution of the search warrant of DocuFlex, law enforcement found records for 31 individuals who were issued fraudulent Sacred Heart diplomas and transcripts. The owner of DocuFlex (Geralda Adrien) paid the defendant $5,000 per student for the documents. Therefore, defendant made approximately $155,000.00 because of his participation in this scheme.

The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offense charged in the instant information.

Date: 04/11/23               By: _____
                                  CHRISTOPHER J. CLARK
                                  ASSISTANT U.S. ATTORNEY

Date: 4/11/23                By: _____
                                  TAMA BETH KUDMAN
                                  ATTORNEY FOR DEFENDANT

Date: 04/11/23               By: _____
                                  CHARLES ETIENNE
                                  DEFENDANT