UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60012-SINGHAL

UNITED STATES OF AMERICA

v.

CHARLES ETIENNE,

       Defendant.

### NOTICE OF SATISFACTION OF FORFEITURE MONEY JUDGMENT

The United States gives notice of the satisfaction of the forfeiture money judgment entered against Charles Etienne (the "Defendant") in in the above-captioned case. In support the United States submits the following.

On April 12, 2023, the Court entered a Preliminary Order of Forfeiture, ECF No. 24, ordering the entry of a forfeiture money judgment against the Defendant in the amount of $155,000.00.

On or about April 12, 2023, the Defendant made a $42,050.00 payment towards his forfeiture money judgment.

Additionally, on July 19, 2023, the Federal Bureau of Investigation administratively forfeited $112,950.00 in U.S. Currency previously seized from the Defendant. *See* Attachment 1 (Declaration of Administrative Forfeiture).

Thus, a total of $155,000.00 has been collected from the Defendant. The United States hereby provides notice that the $155,000.00, has been applied in full satisfaction of the Defendant's forfeiture money judgment.

        Respectfully submitted,
        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By: */s/ Nicole Grosnoff*
   Nicole Grosnoff
   Assistant United States Attorney
   Court ID No. A5502029
   nicole.s.grosnoff@usdoj.gov
   U.S. Attorney's Office
   99 Northeast Fourth Street, 7th Floor
   Miami, Florida 33132-2111
   Telephone: (305) 961-9294